**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Stephen Fanus,<br><br>                    Plaintiff,<br><br>v.<br><br>Don Dupie, et al<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 25-CV-13913-AK<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 18] entered on 3/11/2026, it

is hereby **ORDERED** that the above-entitled action be, and hereby is,

                                                                **DISMISSED**.

Dated: 3/11/2026                                                    By the Court,

                                                    /s/ Courtney Horvath
                                                    Deputy Clerk